Michael T. Gallagher
**THE GALLAGHER LAW FIRM**
Bank of America Center
700 Louisiana Street, 40th Floor
Houston, TX 77002
(713) 222-8080
(713) 222-0066 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-4170 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Margarita Gallegos, et al.,<br><br>                Plaintiffs,<br>    vs.<br>Pfizer Inc, et al.,<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now all the Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), whereby all plaintiffs stipulate to the dismissal of this action **with prejudice** as to all defendants named herein with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010     THE GALLAGHER LAW FIRM

By: _____
Michael T. Gallagher
*Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42806522.1

DATED: Apr. 30, 2010          DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    *Attorneys for Pfizer Defendants*

DATED: Jul. 11, 2010          CRUSE, SCOTT, HENDERSON & ALLEN, LLP

By: _____
    Pegi S. Block
    *Attorneys for Tim S. Chowdhury aka*
    *Tajul S. Chowdhury, M.D., Center for Pain*
    *Management P.A., Outpatient Center for*
    *Interventional Pain Management, P.A., Jorge E.*
    *Tijmes, M.D. and Southern Bone & Joint Associates*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 5-11-2010          _____
                          Hon. Charles R. Breyer
                          United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42806522.1